THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Yohance Hill, Appellant.
 
 
 

Appeal from Laurens County
  Wyatt T. Saunders, Jr., Circuit Court
Judge 

Unpublished Opinion No. 2008-UP-350
 Submitted July 1, 2008  Filed July 9,
2008    

APPEAL DISMISSED

 
 
 
 Wanda H. Carter, Deputy Chief Attorney, of Columbia, for Appellant.
 Teresa A Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Yohance Hill appeals from the revocation of his probation, arguing the judge
 erred by considering probable cause evidence.  Hill also filed a pro se brief, in which he argues that the judge erred by failing to recuse himself.  After
 a thorough review of the record, counsels brief, and Hills pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.